**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with

Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Submitted January 31, 2013*

Decided February 19, 2013

Before

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No.  12-3214 | On Petition for Review of an Order from the Board of Immigration Appeals. |
| MARCEL POP, *Petitioner,* | |
| v. | No. A071 030 710 |
| ERIC H. HOLDER, JR., Attorney General of the United States, *Respondent.* | |

**Order**

The petition for review is dismissed for want of jurisdiction. See *Anaya-Aguilar v. Holder*, 683 F.3d 369 (7th Cir. 2012).

---

*  This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R. App. P. 34(a); Cir. R. 34(f).